**Robert FITZPATRICK, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,**
**Respondent.**

**No. 04–3015.**

United States Court of Appeals,
Federal Circuit.

Dec. 16, 2004.

Before MAYER, Chief Judge, MICHEL and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.